No. 909. Detroit Trust Co., Trustee, *v.* The Thomas Barlum et al.; and

No. 910. Same *v.* The John J. Barlum et al. April 30, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Ferris D. Stone, Ray M. Stanley,* and *Ellis H. Gidley* for petitioner. *Messrs. George E. Brand* and *Thomas C. Burke* for respondents.

No. 914. McNally *v.* Hill, Warden. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. John S. Wise, Jr.,* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

No. 924. Virginia *v.* Imperial Coal Sales Co., Inc. May 7, 1934. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. *Messrs. Henry R. Miller, Jr.,* and *W. W. Martin* for petitioner. *Mr. James R. Caskie* for respondent.

No. 954. Long *v.* Ansell. May 7, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Seth W. Richardson, Joseph E. Davies, Adrien F. Busick,* and *Raymond N. Beebe* for petitioner. No appearance for respondent.

No. 977. British-American Tobacco Co., Ltd. *v.* Helvering, Commissioner of Internal Revenue. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr.*